# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

―――――――

No. 09-2379

―――――――

| | |
|---|---|
| Charles Ashford, | * |
| | * |
| Appellant, | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * Eastern District of Arkansas. |
| Ray Hobbs, Chief Director, Arkansas | * |
| Department of Correction; Arkansas | * [UNPUBLISHED] |
| Department of Correction, | * |
| | * |
| Appellees. | * |

―――――――

Submitted: February 2, 2010
Filed: February 3, 2010

―――――――

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

―――――――

PER CURIAM.

Arkansas inmate Charles Ashford appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action against the Arkansas Department of Correction (ADC) and Ray Hobbs.[2] Upon de novo review, see Saunders v. Farmers Ins. Exch., 537 F.3d 961,

――――――――――――

[1]The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas.

[2]The caption lists Hobbs as "Chief Director" of the ADC, apparently because that is what Ashford called Hobbs in his complaint. In its brief on appeal, the ADC

963 (8th Cir. 2008), we find no basis for reversal and accordingly affirm. <u>See</u> 8th Cir. R. 47B.

————————————————————————

————————————————————————

refers to Hobbs as the "Deputy Director." The discrepancy about Hobbs's job title makes no difference to our analysis, so we need not resolve it.